IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00172-LTB

STEVIE BROWN,

    Petitioner,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 1, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Petitioner.

    DATED at Denver, Colorado, this 1 day of March, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ M.J. Garcia
            Deputy Clerk